# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JEROME DRAWHORN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. CIV-23-224-R |
| GEO GROUP, INC., et al., | ) ) ) |
| Defendants. | ) ) |

## ORDER

Plaintiff filed this action pursuant to 42 U.S.C. § 1983 alleging violation of his constitutional rights. Pursuant to 28 U.S.C. § 636(b)(1)(B) and (C), the matter was referred to United States Magistrate Judge Suzanne Mitchell for preliminary review. On July 31, 2023, Judge Mitchell issued a Report and Recommendation in which she recommended that Plaintiff's claims be dismissed for failure to state a claim upon which relief can be granted. The record reflects that Plaintiff has not objected to the Report and Recommendation within the time limits prescribed therein, nor has he sought an extension of time in which to object. Accordingly, the Report and Recommendation is hereby ADOPTED in its entirety. The claims against Defendant Pantoja in his official capacity are dismissed with prejudice and the remaining claims are dismissed without prejudice.

IT IS SO ORDERED this 31st day of August 2023.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE